IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00042-WJM-KLM

AMERICAN AUTO SHIELD, LLC, a Colorado foreign limited liability company,

    Plaintiff,

v.

DEALERS WARRANTY, LLC, a Colorado foreign limited liability company dba Mogi, and BRIAN MARINO, an individual,

    Defendants.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Entry of Consented Protective Order** [Docket No. 23; Filed August 31, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#23-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: August 31, 2012