IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00042-WJM-KLM

AMERICAN AUTO SHIELD, LLC,
*a Colorado foreign limited
liability company*,

      Plaintiff,

vs.

DEALERS WARRANTY, LLC,
*a Colorado foreign limited liability
company, d/b/a mogi*, and BRIAN
MARINO, *an individual*,

      Defendants.

## JOINT PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and by agreement of the parties, by and through their respective counsel,

IT IS HEREBY ORDERED THAT:

1. As used in this Order, CONFIDENTIAL MATERIAL shall mean and refer to the following:

All personnel files, disciplinary records, pay records, financial records, federal and state tax records, healthcare, including health information and health insurance records, and/or any records of a sensitive nature of the current or former employees of Defendant Dealers Warranty, LLC, d/b/a mogi, its affiliates, and/or its past, current, or prospective clients.

2. All CONFIDENTIAL MATERIAL shall be retained only in the custody of the respective counsel of record, and their employees and associates, and AAS's general counsel, Colorado Bar Number 43473, who shall be responsible for restricting disclosure in accordance with the provisions of this Order. Specifically, counsel of record shall retain all CONFIDENTIAL MATERIAL within the confines of their

1

personal offices except as is necessary to conduct the present litigation.

3. CONFIDENTIAL MATERIAL and the facts and information in the CONFIDENTIAL MATERIAL shall not be disclosed to any person except as specifically provided for below.

4. Access to CONFIDENTIAL MATERIAL shall be limited to Plaintiff, Defendants, and counsel of record for the respective parties to this action and regular employees of said counsel who are assisting in the prosecution or defense of this litigation, expert witnesses designated by the parties, and appropriate court personnel in the regular course of litigation.

5. If it becomes necessary to submit CONFIDENTIAL MATERIAL to the Court in connection with any filing or proceedings in this litigation, the party using it shall move the Court to file such CONFIDENTIAL MATERIAL under seal with the Clerk of the Court.

6. Nothing in this Order shall be construed to restrict the use or disclosure of any documents which a party or nonparty shall have acquired from independent sources or which Defendant received from Plaintiff prior to commencement of this action.

7. Upon final conclusion of this litigation, counsel to whom CONFIDENTIAL MATERIAL has been disclosed shall return such CONFIDENTIAL MATERIAL (and all copies) to counsel for the other party.

8. This Order may be modified by agreement of the parties or upon further Order of the Court.

**IT IS SO ORDERED.**

DATED: _August 31_, 2012
#9948295

Honorable Kristen L. Mix
U.S. Magistrate Judge